IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, § § § *Plaintiff*, § § v. § CIVIL ACTION NO. 2:22-CV-00263-JRG-RSP § SAMSUNG ELECTRONICS CO., § LTD., ET AL., § § *Defendants*. § | |

**ORDER**

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") previously filed a motion to dismiss. (Dkt. No. 39.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 54) recommending denial of Defendants' motion. Defendants have now filed Objections (Dkt. No. 55), with AGIS Software Development LLC filing a Response (Dkt. No. 60). Thereafter, Defendants filed a motion for leave to file a one-page Reply in support of its Objections (Dkt. No. 61), accompanied with said one-page Reply (Dkt. No. 62), per the local rules. The Court has seen and considered this one-page Reply.

Defendants motion for leave to file a one-page Reply in support of its Objections (Dkt. No. 61), is hereby **GRANTED**. Nonetheless, after conducting a *de novo* review of the briefing on the motion to dismiss, the Report and Recommendation, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants' Objections, **ADOPTS** the Report and Recommendation and **ORDERS** that Defendants' motion to dismiss (Dkt. No. 39) is **DENIED**.

**So ORDERED and SIGNED this 17th day of May, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE