# EXHIBIT A

| | |
|---|---|
| Alfred R. Fabricant (*pro hac vice*) <br> ffabricant@fabricantllp.com <br> Peter Lambrianakos (*pro hac vice*) <br> plambrianakos@fabricantllp.com <br> Vincent J. Rubino, III (*pro hac vice*) <br> vrubino@fabricantllp.com <br> Enrique Iturralde (*pro hac vice*) <br> eiturralde@fabricantllp.com <br> **FABRICANT LLP** <br> 411 Theodore Fremd Road, Suite 206 South <br> Rye, New York 10580 <br> Telephone: (212) 257-5797 <br><br> Benjamin T. Wang (CA SBN 228712) <br> bwang@raklaw.com <br> Minna Y. Chan (CA SBN 305941) <br> mchan@raklaw.com <br> **RUSS AUGUST & KABAT** <br> 12424 Wilshire Boulevard, 12th Floor <br> Los Angeles, California 90025 <br> Telephone: (310) 826-7474 <br><br> *Attorneys for Plaintiff AGIS Software Development LLC* | DARIN W. SNYDER (S.B. #136003) <br> dsnyder@omm.com <br> LUANN L. SIMMONS (S.B. #203526) <br> lsimmons@omm.com <br> DAVID S. ALMELING (S.B. #235449) <br> dalmeling@omm.com <br> MARK LIANG (S.B. #278487) <br> mliang@omm.com <br> BILL TRAC (S.B. #281437) <br> btrac@omm.com <br> AMY K. LIANG (S.B. #291910) <br> aliang@omm.com <br> SORIN G. ZAHARIA (S.B. #312655) <br> szaharia@omm.com <br> **O'MELVENY & MYERS LLP** <br> Two Embarcadero Center, 28th Fl. <br> San Francisco, CA 94111 <br> Telephone: (415) 984-8700 <br><br> STACY YAE (S.B. #315663) <br> syae@omm.com <br> **O'MELVENY & MYERS LLP** <br> 400 South Hope St., 18th Fl. <br> Los Angeles, CA 90071 <br> Telephone: (213) 430-6000 <br><br> *Attorneys for Defendants Google LLC and Waze Mobile Ltd.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. <br><br> AGIS SOFTWARE DEVELOPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> WAZE MOBILE LTD., <br><br> Defendant. | Case No. 5:22-cv-04826-BLF <br> (Consolidated case) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR SUPPLEMENTAL *MARKMAN* PROCEEDINGS** <br> **\*\*AS MODIFIED BY THE COURT\*\*** <br><br> Judge: Hon. Beth Labson Freeman <br> Courtroom: 3, Fifth Floor <br><br> Complaint Filed: November 4, 2019 |

Plaintiff AGIS Software Development ("AGIS") and Defendants Google LLC ("Google") and Waze Mobile Ltd. ("Waze") (collectively, "the parties") submit this Joint Stipulation and Proposed Order Regarding Deadlines for Supplemental *Markman* Proceedings pursuant to the Court's instruction at the November 6, 2023 Further Case Management Conference. ECF 478. Pursuant to the Court's instruction, supplemental *Markman* proceedings will be limited to addressing the meaning of the phrases (i) "remote control," and (ii) "participants" within the agreed construction of "group," which is "more than two participants associated together." The parties may determine whether to forego claim construction discovery and expert reports after the exchange of constructions.

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the Court's approval, that the following deadlines for supplemental *Markman* proceedings applies:

| Scheduled Event | Deadline |
| --- | --- |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | December 15, 2023 |
| Joint Claim Construction and Prehearing Statement and Expert Reports (Patent L.R. 4-3) | January 19, 2023 |
| End of Claim Construction Discovery (Patent L.R. 4-4) | February 16, 2024 |
| Plaintiff's Opening Brief (up to 10 pages) (Patent L.R. 4-5(a)) | March 4, 2024 |
| Defendants' Responsive Brief (up to 10 pages) (Patent L.R. 4-5(b)) | March 18, 2024 |
| Plaintiff's Reply Brief (up to 6 pages) (Patent L.R. 4-5(c)) | March 25, 2024 |

IT IS SO STIPULATED.

Dated: November 24, 2023

By: /s/ *Mark Liang*

Darin W. Snyder
Luann L. Simmons
David S. Almeling
Mark Liang
Bill Trac
Amy k. Liang
Sorin G. Zaharia
Stacy Yae
**O'MELVENY & MYERS LLP**

*Attorneys for Defendants Google LLC and Waze Mobile Ltd.*

/s/ *Benjamin T. Wang*

Alfred R. Fabricant (*pro hac vice*)
Peter Lambrianakos (*pro hac vice*)
Vincent J. Rubino, III (*pro hac vice*)
Enrique Iturralde (*pro hac vice*)
**FABRICANT LLP**

Benjamin T. Wang (CA SBN 228712)
Minna Y. Chan (CA SBN 305941)
**RUSS AUGUST & KABAT**

*Attorneys for Plaintiff AGIS Software Development LLC*

## **ATTESTATION**

The undersigned attests that concurrence in the filing of the foregoing stipulation was obtained from all of its signatories.

DATED: November 24, 2023

/s/ *Mark Liang*
Mark Liang

2

JOINT STIP. AND [PROPOSED]
ORDER RE DEADLINES
NO. 5:22;CV-04826-BLF

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED that:

1. The following deadlines for supplemental *Markman* proceedings shall apply to this action.

| Scheduled Event | Deadline |
|---|---|
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | December 15, 2023 |
| Joint Claim Construction and Prehearing Statement and Expert Reports | January 19, 2023 |
| End of Claim Construction Discovery | February 16, 2024 |
| Plaintiff's Opening Brief (up to 10 pages) | March 4, 2024 |
| Defendants' Responsive Brief (up to 10 pages) | March 18, 2024 |
| Plaintiff's Reply Brief (up to 6 pages) | March 25, 2024 |
| **Markman Hearing** | **May 10, 2024 at 9:00 am** |

DATED: November 27, 2023

_____
The Honorable Beth Labson Freeman
United States District Judge