IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:22-cv-00263-JRG <br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING PLAINTIFF AGIS SOFTWARE DEVELOPMENT LLC'S OPPOSED MOTION FOR LEAVE TO REQUEST SUPPLEMENTAL CLAIM CONSTRUCTION

Before the Court is Plaintiff AGIS Software Development LLC's Opposed Motion for Leave to Request Supplemental Claim Construction limited to the term "remote control" of the '829 Patent.

The Court, having considered the same is of the opinion that the Motion should be and is hereby GRANTED.

It is FURTHER ORDERED that: (1) Plaintiff's ten-page supplemental opening brief is due within a week of this Order, (2) Defendants' ten-page responsive brief is due 14 days after service of Plaintiff's opening brief, and (3) Plaintiff's five-page reply brief is due seven days after service of Defendants' responsive brief.