# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, | § § § | Case No. 2:22-cv-00263-JRG-RSP |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| SAMSUNG ELECTRONICS CO., LTD., ET AL., | § § § | |
| Defendants. | § § § § | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, AGIS Software Development LLC, and Defendants, Samsung Electronics Co. Ltd., and Samsung Electronics America, Inc., hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendants raised in this action are dismissed WITHOUT PREJUDICE. Each Party will bear its own costs, expenses, and attorneys' fees.

Dated:  February 16, 2024                    Respectfully submitted,

                                             */s/ Alfred R. Fabricant*
                                             Alfred R. Fabricant
                                             NY Bar No. 2219392
                                             Email: ffabricant@fabricantllp.com
                                             Peter Lambrianakos
                                             NY Bar No. 2894392
                                             Email: plambrianakos@fabricantllp.com
                                             Vincent J. Rubino, III
                                             NY Bar No. 4557435
                                             Email: vrubino@fabricantllp.com
                                             **FABRICANT LLP**
                                             411 Theodore Fremd Avenue,

Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR PLAINTIFF AGIS SOFTWARE DEVELOPMENT LLC***


 /s/  Mark Liang (with permission)
Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Gregory Blake Thompson
Texas State Bar No. 24042033
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
(903) 657-8540
(903) 657-6003 (fax)

Neil P. Sirota
Email: neil.sirota@bakerbotts.com
Margaret M. Welsh
Email: margaret.welsh@bakerbotts.com
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone: (212) 408-2500
Facsimile: (212) 408-2501

Darin W. Snyder (pro hac vice)
dsnyder@omm.com
Luann Simmons (pro hac vice)
lsimmons@omm.com
Mark Liang (pro hac vice)
mliang@omm.com
Bill Trac
btrac@omm.com
Sorin Zaharia
szaharia@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Stacy Yae (pro hac vice)
syae@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Grant Gibson
Texas State Bar No. 24117859
ggibson@omm.com
Cason G. Cole
Texas State Bar No. 24109741
ccole@omm.com
**O'MELVENY & MYERS LLP**
2501 North Harwood Street, Suite 1700
Dallas, TX 75201-1663
Telephone: (972) 360-1900
Facsimile: (972) 360-1901

***ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on February 16, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff has met and conferred with counsel for Defendants, in accordance with Local Rule CV-7(h) and this Stipulation is unopposed.

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
